IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    **Plaintiff,**

v.          Case No. 4:16cv181-MW/CAS

U. S. MARSHALS, et al.,

    **Defendants.**
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** because it fails to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on June 1, 2016.**

                                                    s/Mark E. Walker_____
                                                    **United States District Judge**